```
         IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  FAYETTEVILLE DIVISION
```

**JOHNNY ADAM PARSONS**                                      **PLAINTIFF**

    **v.**                    **Civil No. 12-5004**

**JAILER REESE, ET AL.**                                    **DEFENDANTS**

## O R D E R

Now on this 9th day of April, 2012, comes on for consideration the **Report and Recommendation of the Magistrate Judge** (Doc. 9) filed on February 28, 2012, to which no objections have been filed.

As the docket sheet in this case reflects, the Clerk originally mailed the Report and Recommendation to plaintiff at the Washington County Jail. On March 12, 2012, the mail to plaintiff was returned undeliverable. The Clerk located a new address for plaintiff per the Arkansas Department of Corrections' website and, on March 14, 2012, the Clerk resent the Report and Recommendation to the new address. The second mailing to plaintiff has not been returned. Plaintiff has not objected to the Report and Recommendation. Nor has he contacted the Court since January 24, 2012, when he filed his amended complaint, despite the Magistrate Judge's Order that he complete a § 1983 form to use for filing an amended complaint.

The Court has reviewed the Report and Recommendation and finds that it is sound in all respects and should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report and Recommendation of the Magistrate Judge** (Doc. 9) is hereby **adopted** *in toto;* and

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge' Report and Recommendation, plaintiff's complaint is **DISMISSED WITH PREJUDICE** for failure to obey an order of the Court and failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

/s/JIMM LARRY HENDREN
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE